1  Daniel Feinberg – CA State Bar No. 135983
   LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
2  1330 Broadway, Suite 1800
   Oakland, CA  94612
3  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
4  dfeinberg@lewisfeinberg.com

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN COMER, | ) |
| | ) |
| Plaintiff | ) Case No. C 03-0818 (SBA) |
| | ) |
| vs. | ) **STIPULATION OF DISMISSAL WITH** |
| | ) **PREJUDICE AND ORDER** |
| MICOR, INC., KENNETH C. SMITH, ELLIOT H. WAGNER, BARBARA ARBUCCI, and SALOMON SMITH BARNEY, INC., | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own fees and costs.

Pursuant to General Order No. 45, Section X(B), filing counsel attests that concurrence in the filing of the document has been obtained from each of the other signatories.

Respectfully submitted,

LEWIS, FEINBERG, RENAKER & JACKSON, P.C.

Dated: May 23, 2006

By: _____
    Daniel Feinberg
    Attorneys for Plaintiff

STIPULATION OF DISMISSAL WITH PREJUDICE  [CASE NO. C 03-0818 (SBA)]                Page 1

1 | Dated: May 23, 2006            TRUCKER HUSS

2                       By: _____

3                                Robert Schwartz
Attorneys for Micor Defendants

4 | Dated: May 23, 2006            KEESAL, YOUNG & LOGAN, P.C.

5                       By: _____

6                                Peter Boutin
Attorneys for Defendant Smith Barney

8        IT IS SO ORDERED.

9 | Dated:  5/24/06                  _____

10                               U.S. District Court Judge

STIPULATION OF DISMISSAL WITH PREJUDICE  [CASE NO. C 03-0818 (SBA)]